UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OGDEN CARTER | CIVIL ACTION NO. 6:09cv0446 |
| VS. | JUDGE MELANÇON |
| ISLAND OPERATING CO., INC., ET AL. | MAGISTRATE JUDGE HILL |

**NOTIFICATION OF CONVERSION OF MOTION TO DISMISS TO MOTION FOR SUMMARY JUDGMENT AND ORDER SETTING BRIEFING DEADLINES**

On April 14, 2010, defendant Compliance Technology Group, LLC ("CTG") filed a Motion to Dismiss the plaintiff's Amended Complaint. The pleading is purportedly filed pursuant to FRCP 12(b)(6). [rec. doc. 29].

Rule 12 of the Federal Rules of Civil Procedure provides the following:

> If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all of the material that is pertinent to the motion.

Fed.R.Civ.P 12(d).

A review of the record shows that defendant has submitted documents which are not part of the Complaint or Amended Complaint filed in this matter, and thus, the motion must be treated as motion for summary judgment under Rule 56.[1] In accordance with the standing orders of this court,

---

[1] CTG attaches an affidavit of its vice president which purports to set forth the nature of CTG's business (a software development company) to contradict the allegations made in plaintiff's First Amended and Supplemental Complaint (that CTG is the owner and/or operator and/or company responsible for inspection of a platform on which the plaintiff was allegedly injured), as well as a CTS brochure which purports to support the assertions made in the affidavit.

2

The parties are hereby **NOTIFIED** that the motion to dismiss is converted into a motion for summary judgment.

**IT IS HEREBY ORDERED** that the **Clerk** shall remove the subject motion from the undersigned's May 19, 2010 motion calendar and shall refer the subject motion to the district judge for further proceedings.

**IT IS HEREBY ORDERED** that the parties have until **May 3, 2010** to submit any original or additional pleading materials that bear on the issues raised in the motion to dismiss, hereafter to be considered a motion for summary judgment.

Signed at Lafayette, Louisiana on April 16, 2010.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE